

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**

October 25, 2024

**ANTITRUST SECTION**
**14th Floor, Strawberry Square**
**Harrisburg, PA  17120**
**Tel:  (717) 787-4530**
**Fax:  (717) 787-1190**

<u>**VIA E-MAIL**</u>

Michael H. Knight
Craig A. Waldman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
mhknight@jonesday.com
cwaldman@jonesday.com

        **RE:**    **Centre Lane Partners/Corelle Brands Acquisition Holdings LLC**

Dear Attorneys Knight and Waldman:

      As you know, the Pennsylvania Office of Attorney General is investigating Centre Lane Partners' acquisition of Corelle Brands Acquisition Holdings LLC to determine whether it violates the antitrust laws, including Section 7 of the Clayton Act, 15 U.S.C. § 18.   Our review to date, indicates that Centre Lane Partners' Anchor Hocking and Corelle Brands Acquisition Holdings LLC are competitors in certain glassware products and that the combined entity has a substantial share of the market.

      We have learned that Centre Lane Partners plans to close Corelle Brands Acquisition Holdings LLC Pyrex Plant in Charleroi, Pennsylvania and eliminate approximately 300 employees.  The first round of permanent layoffs will take place in early December 2024 with approximately 200 employees being displaced.  Subsequent layoffs will occur later in December 2024, in mid-January 2025 and mid-February 2025.

      Centre Lane Partners also plans to dismantle and relocate equipment from the Charleroi, Pennsylvania Pyrex Plant to its Lancaster, Ohio Anchor Hocking facility.  It is our understanding that dismantling of equipment on one of the four Pyrex Plant production lines will be started as early as October 28, 2024.  This dismantling of equipment will impact production while the line is down and the workforce that supports this production line, and may impact orders produced from this line and customer relationships.   Equipment used for

Attorneys Knight and Waldman
October 25, 2024
Page 2

decorating the production is also scheduled to be dismantled and moved as well. The other three production lines will eventually be shut down and the furnace drained as part of the plant closure.

Based on the foregoing, we are requesting that Centre Lane Partners pause any plans to the Corelle Brands business, including pausing any plans to stop production, dismantle equipment, lay off workforce, drain the furnace, or close the Pyrex Plant until the Pennsylvania Office of Attorney General completes its investigation of the transaction. Should our investigation reveal evidence of a violation of law, we will take legal action and seek all available remedies including a divestiture of assets to return Corelle Brands as it existed as a competitor in the marketplace. Moving forward with any plans to disrupt Corelle Brands Pyrex business before we complete our investigation will be at Centre Lane's own risk.

Please confirm receipt of this correspondence by 5:00 pm on Saturday October 26, 2024. Also advise whether Centre Lane Partners plans to go forward with changes to Corelle Brands business or if it will agree to pause any actual or planned changes including stopping production, dismantling equipment, laying off workforce, draining the furnace or closing the Pyrex Plant.

Very truly yours,

Tracy W. Wertz
Chief Deputy Attorney General Antitrust Section