## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>             Plaintiff,<br><br>     v.<br><br>CENTRE LANE PARTNERS LLC; *et al.*,<br><br>             Defendants. | 2:24-cv-1501 |

| | |
|---|---|
| **Hearing Type:** | Preliminary Injunction Hearing |
| **Date:** | 11/12/2024 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Tracy Wertz, Jessica Kuehn, Brandon Sprecher, and Joseph Betsko, Sr. |
| Counsel for Defendants | John Majoras, Aaron Healey, Margaret Gleason, and Peter Alter |
| Court Reporter | V. Trettel |
| Law Clerk | NY |
| Start Time | 10:05 a.m. |
| End Time | 2:40 p.m. |

### SUMMARY OF PROCEEDINGS:

Hearing held on Plaintiff's pending Motion for Preliminary Injunction (ECF 3).

The Court addressed the matter of the admission of attorneys Ms. Kuehn and Mr. Betsko to the bar of the district and administered the oath to each of them.

Logistics of witness testimony discussed.

Argument by counsel and testimony from an employee of the Charleroi Pyrex plant (name withheld on the public record) and Dr. Loren Smith.

The parties shall order from the Court Reporter the official transcript of this proceeding and the pre-hearing conference held on 11/6/2024; costs to be split equally between the sides.