# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRE LANE PARTNERS, LLC, *et al*,<br><br>Defendants. | Civil Action No. 24-1501<br>Hon. J. Nicholas Ranjan |

## [PROPOSED] ORDER

AND NOW, this ___ day of July, 2025, upon the Motion for Leave to File Under Seal (the "Motion") filed by Defendants Centre Lane Partners, LLC; Centre Lane Partners V, LP; Centre Lane Partners V-A, LLC; Anchor Hocking Holdings, Inc.; Everyware II, LLC; Universal Tabletop, Inc.; Corelle Brands Acquisition Holdings LLC; Corelle Brands Holdings Inc.; and Corelle Brands, LLC (collectively, the "Defendants"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

The Motion is GRANTED.

Defendants may file portions of their Answer to Plaintiff's First Amended Complaint (ECF 87) under seal.  Defendants may file their sealed version first by the deadline of Monday, July 21, 2025, and may file the redacted versions on the Court's public docket within 24 hours after that. Defendants are to serve the sealed version of the filing on counsel for Plaintiff on Monday, July 21, 2025, after completing the filing.

BY THE COURT:

_____
J. NICHOLAS RANJAN
UNITED STATES DISTRICT JUDGE