IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRE LANE PARTNERS, LLC; CENTRE LANE PARTNERS V, LP; CENTRE LANE PARTNERS V-A, LLC; ANCHOR HOCKING HOLDINGS, INC.; EVERYWARE II, LLC; UNIVERSAL TABLETOP, INC.; FOODSERVICES BRAND GROUP, LLC d/b/a 1880 HOSPITALITY; 1880 RETAIL, LLC; CORELLE BRANDS ACQUISITION HOLDINGS LLC; CORELLE BRANDS HOLDINGS INC.; and CORELLE BRANDS, LLC,<br><br>Defendants. | Case No.: 2:24-cv-01501-NR |

**DEFENDANTS 1880 RETAIL, LLC AND FOODSERVICES BRAND GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendants 1880 Retail, LLC and Foodservices Brand Group, LLC, in the above-captioned litigation certifies as follows:

- Defendant 1880 Retail, LLC is a wholly owned subsidiary of Foodservices Brand Group, LLC. No publicly held corporation owns more than 10% of the stock of 1880 Retail, LLC.

- Defendant Foodservices Brand Group, LLC is a wholly owned subsidiary of FBG Intermediate Corp. No publicly held corporation owns more than 10% of the stock of Foodservices Brand Group, LLC.

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies as follows:

- No parents, subsidiaries, and/or affiliates of 1880 Retail, LLC have issued shares or debt securities to the public.

- No parents, subsidiaries, and/or affiliates of Foodservices Brand Group, LLC have issued shares or debt securities to the public.

Respectfully submitted,

*/s/ Stephanie M. Chmiel*
Stephanie M. Chmiel
Stephanie.Chmiel@ThompsonHine.com
State Bar No. 200543
**THOMPSON HINE LLP**
41 South High Street, Suite 1700
Columbus, OH 43215-6101
Telephone: (614) 469-3200

Curtis L. Tuggle (*pro hac vice* pending)
Curtis.Tuggle@Thompsonhine.com
Mark R. Butscha, Jr. (*pro hac vice* pending)
Mark.Butscha@ThompsonHine.com
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: 216-566-5500

George S. Bashour (*pro hac vice* pending)
George.Bashour@ThompsonHine.com
**THOMPSON HINE LLP**
300 Madison Avenue, 27th Floor
New York, NY 10017-6232
Telephone: (212)344-5680

*Attorneys for Defendants 1880 Retail, LLC and Foodservices Brand Group, LLC*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing CORPORATE DISCLOSURE STATEMENT was served this 21st day of July, 2025 by filing through the CM/ECF system, which served by electronic mail to the following:

Tracy W. Wertz
Joseph S. Betsko
Jessica Kuehn
Brandon S. Sprecher
twertz@attorneygeneral.gov
jbetsko@attorneygeneral.gov
jkuehn@attorneygeneral.gov
bsprecher@attorneygeneral.gov
PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
Strawberry Square, 14th Floor
Harrisburg, PA 17120

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

/s/ Stephanie M. Chmiel

*Attorney for Defendants 1880 Retail, LLC and Foodservices Brand Group, LLC*