IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | ) | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.: 2:24-CV-1501 |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRE LANE PARTNERS, LLC; CENTRE LANE PARTNERS V, LP; CENTRE LANE PARTNERS V-A, LP; ANCHOR HOCKING HOLDINGS, INC.; EVERYWARE, LLC; UNIVERSAL TABLETOP, INC.; FOODSERVICES BRAND GROUP, LLC d/b/a 1880 HOSPITALITY; 1880 RETAIL, LLC; CORELLE BRANDS ACQUISITION HOLDINGS LLC; CORELLE BRANDS HOLDINGS INC; and CORRELLE BRANDS, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

AND NOW, this 13th day of January, 2026, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Nicole Reed is GRANTED. The Clerk is directed to enter Nicole Reed as counsel *pro hac vice* for Defendants Centre Lane Partners, LLC; Centre Lane Partners V, LP; Centre Lane Partners V-A, LP; Anchor Hocking Holdings, Inc.; Everyware, LLC; Universal Tabletop, Inc.; Corelle Brands Acquisition Holdings LLC; Corelle Brands Holdings Inc.; and Corelle Brands, LLC in the above-captioned matter.

BY THE COURT:

s/ J. Nicholas Ranjan
United States District Judge