IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRE LANE PARTNERS, LLC; CENTRE LANE PARTNERS V, LP; CENTRE LANE PARTNERS V-A, LP; ANCHOR HOCKING HOLDINGS, INC.; EVERYWARE, LLC; UNIVERSAL TABLETOP, INC.; FOODSERVICES BRAND GROUP, LLC d/b/a 1880 HOSPITALITY; 1880 RETAIL, LLC; CORELLE BRANDS ACQUISITION HOLDINGS LLC; CORELLE BRANDS HOLDINGS INC; and CORELLE BRANDS, LLC,<br><br>Defendants. | NO.: 2:24-CV-1501 |

### CENTRE LANE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

Defendants Centre Lane Partners, LLC; Centre Lane Partners V, LP; Centre Lane Partners V-A, LP; Anchor Hocking Holdings, Inc.; Everyware, LLC; Universal Tabletop, Inc.; Corelle Brands Acquisition Holdings LLC; Corelle Brands Holdings Inc.; and Corelle Brands, LLC (collectively, the "Centre Lane Defendants"), through their undersigned counsel Greenberg Traurig, LLP ("GT"), hereby file this unopposed motion to extend the current court schedule by 120 days. In support, the Centre Lane Defendants state as follows:

The Centre Lane Defendants have recently changed counsel and hired GT to represent them in this lawsuit. ECF Nos. 119–125, 128. GT has been communicating with Plaintiff and reviewing relevant materials to take over the representation of the Centre Lane Defendants from Jones Day. To that end, GT discussed with Plaintiff a 120-day extension of the deadlines in the

current order governing the discovery schedule. ECF No. 118. Plaintiff is not opposed to a 120-day extension of all deadlines.

Accordingly, the Centre Lane Defendants ask the Court to enter an order modifying the following deadlines:[1]

1. Final day for service of written fact discovery: September 14, 2026, rather than May 15, 2026;

2. Close of fact discovery: October 13, 2026, rather than June 15, 2026;

3. Deadline for service of Plaintiff's opening expert report(s) on issues upon which Plaintiff bears the burden of proof: November 4, 2026, rather than July 7, 2026;

4. Deadline for service of Defendants' opening expert report(s) on issues upon which Defendants' bear the burden of proof: November 4, 2026, rather than July 7, 2026;

5. Deadline for service of backup materials associated with Plaintiff's and Defendants' opening expert report(s), as described in the parties' Stipulation and Proposed Order Regarding Expert Discovery: November 11, 2026, rather than, July 14, 2026;

6. Deadline for service of Plaintiff's and Defendants' rebuttal expert report(s): December 10, 2026, rather than August 12, 2026;

7. Deadline for service of backup materials associated with Plaintiff's and Defendants' rebuttal expert report(s), as described in the parties' Stipulation and Proposed Order Regarding Expert Discovery: December 17, 2026, rather than August 19, 2026;

8. Close of expert discovery: January 13, 2027, rather than September 15, 2026;

9. Post-Discovery Status Conference: January 19, 2027, rather than September 18, 2026 at 10:00 a.m. in Courtroom 6C.

---

[1] To the extent a 120-day extension would cause a deadline to fall on a weekend or holiday, the deadline has been moved to the next business day.

For these reasons, the Centre Lane Defendants respectfully request the Court (1) grant the Center Lane Defendants' Unopposed Motion for Extension of Discovery Schedule; (2) enter an order extending the discovery deadlines listed above; and (3) grant such other and further relief as the Court deems just and proper. A proposed order is attached.

Respectfully submitted,

Dated: February 2, 2026

**GREENBERG TRAURIG, LLP**

<u>s/ Brian Feeney</u>
Brian T. Feeney (PA 78574)
1717 Arch St., Suite 400
Philadelphia, Pennsylvania 19103
P: (215) 988-7800
Brian.Feeney@gtlaw.com

Willliam M. Katz, Jr. (DC Bar No. 451684)
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
P: (214) 665-3600
Bill.Katz@gtlaw.com

Nicole Reed (IL 6353769)
360 N Green St., Suite 1200
Chicago, Illinois 60607
P: (312) 456-8400
Nicole.Reed@gtlaw.com

*Attorneys for the Centre Lane Defendants*

**CERTIFICATE OF SERVICE**

I, Nicole Reed, hereby certify that on this February 2, 2026, I caused a true and correct copy of the foregoing Unopposed Motion for Extension of Discovery Schedule to be filed and served *via* ECF to all counsel of record.

*s/ Brian Feeney*
Brian Feeney